IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOY OBUA, et al | * | |
| Plaintiffs | * | |
| v. | | Civil No. WMN-98-3701 |
| | * | |
| TOMMY M. MILLER | | |
| | * | |
| Defendant | | |

\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

The instant case was filed on November 3, 1998. Pursuant to this Court's Memorandum and Order of September 8, 1999, a second summons was issued as to defendant Tommy M. Miller on September 15, 1999. To date, nothing in the record indicates that defendant Tommy M. Miller has been served with the second summons and complaint in this case. According to F.R.Cv.P. 4(m), the Court may direct that service be effected within a specified time. Therefore, it is this ___4th___ day of ___November___, 1999, by the United States District Court for the District of Maryland

ORDERED:

1. That plaintiff is to serve defendant Tommy M. Miller with the second summons and complaint within ___20___ days of the date of this Order or this action will be dismissed as to this defendant;

2. That the Clerk shall transmit copies of this Order to counsel of record.

William M. Nickerson
United States District Judge

