IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOY OBUA, et al. | * | |
| Plaintiffs | * | |
| vs. | * | Civil No.: WMN-98-3701 |
| TOMMY M. MILLER | * | |
| Defendants | * | |

******

ORDER

Plaintiffs having failed to show good cause as to why service of the second summons and complaint has not been made upon defendant **Tommy M. Miller** as directed in this Court's Order of November 4, 1999, it is, this 30th day of November 1999,

ORDERED that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a. as to defendant **Tommy M. Miller only.**

William M. Nickerson
United States District Judge

U.S. District Court (Rev. 9/98) - Rule 4(m) - Dismissal Order